```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
SAMAAD BISHOP and JABARI BISHOP,

                    Plaintiffs,
                                          ORDER
         -against-                        13-CV-446(JS)(AKT)

SUFFOLK COUNTY, RICHARD DORMER,
Police Commissioner of the Suffolk
County Police Department, JOHN DOE
P.O. #1, Individually and in his
Official Capacity, an Unidentified
Suffolk County Police Officer, a
Caucasian Male who drove the
unmarked black late model Ford
with license plate number: DTR-4869,
JOHN DOE P.O. #2, Individually
and in his Official Capacity,
an Unidentified Suffolk County
Police Officer, a Caucasian Male
who sat in the passenger seat of
the unmarked black late model Ford
with license plate number: DTR-4869,

                    Defendants.
----------------------------------X
```

APPEARANCES
For Plaintiffs:     Samaad Bishop and Jabari Bishop, pro se
                    P.O. Box 778
                    New York, New York 11779

For Defendants:     No Appearances

SEYBERT, District Judge:

        By Order dated April 17, 2013, the Court granted the application of Samaad Bishop to proceed in forma pauperis[1] and dismissed the Complaint without prejudice and with leave to amend. In accordance with the Court's Order, Samaad Bishop and Jabari

---

[1] Given that the original Complaint was filed by Samaad Bishop on behalf of his son, Jabari Bishop, who was alleged to be a minor, the Court did not require that Jabari Bishop also submit a in forma pauperis application.

Bishop (together, "Plaintiffs") filed an Amended Complaint on May 20, 2013. Upon review of the Amended Complaint, the Court declines to find at this early stage that the claims for relief therein are implausible. See 28 U.S.C. § 1915(e)(2)(B). Accordingly, the Court Order service of the Summonses and Amended Complaint forthwith. The Clerk of the Court is directed to forward copies of the Summonses and the Amended Complaint to the United States Marshal Service ("USMS") for service upon the Defendants. See 28 U.S.C. § 1915(d).

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore in forma pauperis status is denied for the purpose of any appeal. See Coppedge v. United States, 369 U.S. 438, 444-45, 82 S. Ct. 917, 8 L. Ed. 2d 21 (1962).

SO ORDERED.

s/ Joanna Seybert
Joanna Seybert, U.S.D.J.

Dated: June 18, 2013
Central Islip, New York